IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH L. D'ALESSANDRO, ) ) Plaintiff, ) ) v. ) ) JUDGE J. CURTIS JOYNER, ) et al., ) ) Defendants. ) | Civ. No. 06-232-KAJ |

**SHOW CAUSE ORDER**

Plaintiff Joseph L. D'Alessandro ("D'Alessandro") has filed numerous lawsuits found to contain frivolous legal arguments and to be vexatious and abusive of the judicial process. Many of these lawsuits relate to two earlier lawsuits filed against LL Bean in 2001 and 2002 by Mr. and Mrs. D'Alessandro. The first of those two earlier lawsuits was an employment discrimination claim filed by D'Alessandro's wife. *D'Alessandro v. LL Bean, Inc.,* Civ. Case No. 01-CV-623-CMR (D.Del.). That case concluded after four years of litigation. *Id.* at D.I. 444. In 2002, D'Alessandro filed a related action against LL Bean, and sought to recover for loss of consortium. *D'Alessandro v. LL Bean, Inc.,* Civ. Case No. 02-CV-77-JCJ (D.Del.). The loss of consortium case was dismissed by the district court, and the dismissal was affirmed by the United States Court of Appeals for the Third Circuit on September 20, 2002, No. 02-2198, in an unreported, non-precedential opinion.

Unhappy with rulings made in those two lawsuits, D'Alessandro began filing lawsuits against the judges involved in the cases, as well as others bearing some

relation to the cases.  Despite repeated rulings against him, D'Alessandro has filed lawsuit after lawsuit, seeking to impose liability against any person or entity who had any kind of involvement with the LL Bean cases.  He has filed repeated lawsuits against federal and state judges, LL Bean, private attorneys involved in the LL Bean case, the United States of America, the Equal Employment Opportunity Commission, the Delaware State Bar Association, and the Delaware Board on the Unauthorized Practice of Law, to name just a few of the targets of his ire.  The lawsuit now at hand is brought against the judges of the Third Circuit and federal district court judges from Delaware, New Jersey, and Pennsylvania.  In this most recent lawsuit D'Alessandro has also filed a motion to recuse "all judges from the Third District of federal court" from hearing any of his cases "due to bias, cronyism (favoritism shown to fellow thugs in black robes), partiality or prejudice."  (D.I. 4.)

To date D'Alessandro has filed the following lawsuits related to the LL Bean cases:

| | |
|---|---|
| 02-cv-00114-JCJ | *D'Alessandro v. Equal Employment*, 215 F.Supp.2d 419 (D.Del. 2002), filed February 8, 2002, dismissed with prejudice August 5, 2002; |
| 02-cv-00300-JCJ | *D'Alessandro v. Robinson*, 210 F.Supp.2d 526 (D.Del. 2002), filed April 22, 2002, dismissed with prejudice July 24, 2002; |
| 02-cv-01334-JHR | *D'Alessandro v. U.S.A.*, filed July 29, 2002, dismissed with prejudice June 25, 2003; |
| 02-cv-01388-JHR | *D'Alessandro v. Joyner*, filed August 15, 2002, dismissed with prejudice June 25, 2003; |
| 03-cv-00775-RFK | *D'Alessandro v. U.S.A.*, filed August 4, 2003, closed when *in forma pauperis* motion denied February 17, 2004; |
| 03-cv-00914-RFK | *D'Alessandro v. Federal Civil Panel*, filed September 26, 2003, closed when *in forma pauperis* motion denied February 17, 2004; |
| 03-cv-00997-JPF | *D'Alessandro v. LL Bean Inc.*, filed October 30, 2003, dismissed and *in forma pauperis* motion denied June 22, 2004; |
| 03-cv-00998-JPF | *D'Alessandro v. U.S.A.*, filed October 30, 2003, dismissed and *in* |

| | |
|---|---|
| | *forma pauperis* motion denied June 22, 2004; |
| 03-cv-01040-JPF | *D'Alessandro v. U.S. Government*, filed November 13, 2003, dismissed and *in forma pauperis* motion denied June 22, 2004; |
| 03-cv-01076-JPF | *D'Alessandro v. Rufe*, filed November 26, 2003, dismissed and *in forma pauperis* motion denied June 22, 2004; |
| 04-cv-00137-JJF | *D'Alessandro v. U.S.A.*, filed March 4, 2004, dismissed as frivolous and malicious April 27, 2005; |
| 04-cv-00616-JJF | *D'Alessandro v. U.S.A.*, filed June 25, 2004, dismissed as frivolous and malicious April 27, 2005; |
| 04-cv-00879-JJF | *D'Alessandro v. Brann & Isaacson*, filed July 16, 2004, dismissed as frivolous July 12, 2005; |
| 05-cv-00496-GMS | *D'Alessandro v. Joyner*, filed July 15, 2005, dismissed as frivolous and malicious March 31, 2006; |
| 05-cv-00512-GMS | *D'Alessandro v. United States of America*, filed July 19, 2005, dismissed as frivolous March 7, 2006; |
| 05-cv-00545-GMS | *D'Alessandro v. State Of Delaware*, filed July 28, 2005, dismissed as frivolous March 7, 2006; |
| 05-cv-00546-GMS | *D'Alessandro v. U.S.A.*, filed July 28, 2005, dismissed as frivolous February 24, 2006. |

THEREFORE, plaintiff Joseph L. D'Alessandro is hereby ORDERED to show cause, in writing, on or before **June 5, 2006**, why he should not be enjoined from filing, without prior authorization of this Court, any complaint, lawsuit, or petition for writ of mandamus, related to Civ No. 01-623-CMR, *D'Alessandro v. LL Bean, Inc.* and Civ. No. 02-77-JCJ, *D'Alessandro v. LL Bean, Inc.*, or any of the subsequent related cases as listed above, including, but not limited to actions against federal district and appellate court judges; state court judges; the United States of America, its agencies and employees; the State of Delaware, its agencies and employees; LL Bean and private attorneys involved in the LL Bean cases.

UNITED STATES DISTRICT JUDGE

May 12, 2006
Wilmington, Delaware