IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOSEPH L. D'ALESSANDRO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 06-232-KAJ |
| JUDGE J. CURTIS JOYNER, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

Joseph L. D'Alessandro ("D'Alessandro"), a frequent litigant in this Court, has filed numerous duplicative and repetitive complaints all related to two lawsuits filed against LL Bean in 2001 and 2002 in this district court by Mr. and Mrs. D'Alessandro. Those two cases were an employment discrimination claim, *D'Alessandro v. LL Bean, Inc.,* Civ. Case No. 01-CV-623-CMR, and a loss of consortium claim, *D'Alessandro v. LL Bean, Inc.,* Civ. Case No. 02-CV-77-JCJ. D'Alessandro's numerous complaints contain frivolous legal arguments and the filings are vexatious and abusive of the judicial process. A district court has the power to enjoin vexatious litigants from filing meritless pleadings that duplicate ones already adjudicated. 28 U.S.C. § 1651; see *Matter of Packer Ave. Assoc.,* 884 F.2d 745, 747 (3d Cir. 1989); *Yadav v. Surtees,* No. 02-3416, 87 Fed.Appx. 271 (3d. Cir. Jan. 27, 2004).

In determining whether to enjoin D'Alessandro from filing future lawsuits, I provided him notice and an opportunity to be heard in the form of a show cause order entered May 12, 2006. (D.I. 5) *See Brow v. Farrelly,* 994 F.2d 1027, 1038 (3d Cir. 1993). D'Alessandro was ordered to show cause as to why he should not be enjoined

from filing, without prior authorization of this Court, any complaint, lawsuit, or petition for writ of mandamus, related to Civ. No. 01-623-CMR, *D'Alessandro v. LL Bean, Inc.* and Civ. No. 02-77-JCJ, *D'Alessandro v. LL Bean, Inc.*, or any of the subsequent and related cases he has filed[1], including, but not limited to, actions against federal district and appellate court judges; state court judges; the United States of America, its agencies and employees; the State of Delaware, its agencies and employees; LL Bean and private attorneys involved in the LL Bean cases.

    D'Alessandro timely responded to the show cause order (D.I. 6), but, rather than show cause why he should not be enjoined from filing future lawsuits, D'Alessandro has referred to the underlying court rulings in the two original LL Bean cases and his subsequent lawsuits. His main response to the show cause order is to argue that the show cause order is void, frivolous and moot, and he advises, "read complaint you bum." The vitriolic diatribe continues against the federal judiciary generally, with statements such as "read complaint you piece of shit;" "you bums stole our lives;" "Federal Judges ... do not have Judicial Immunity when they steal a litigants (Plaintiff and/or defendants civil rights);" "Judges as Criminals. Trespassers of the Law;" "United States Constitution You Phony;" "listen you bum I will draw attention worldwide to you criminals;" "....you criminals stole that right." Finally, attached as an exhibit is a complaint that D'Alessandro intends to file against me, repeating D'Alessandro's modus

---

[1] *D'Alessandro v. Equal Employment*, C.A. No. 02-cv-00114-JCJ; *D'Alessandro v. Robinson*, 02-cv-00300-JCJ; *D'Alessandro v. U.S.A.*, 02-cv-01334-JHR; *D'Alessandro v. Joyner*, 02-cv-01388-JHR; *D'Alessandro v. U.S.A.*, 03-cv-00775-RFK; *D'Alessandro v. Federal Civil Panel*, 03-cv-00914-RFK; *D'Alessandro v. LL Bean Inc.*, 03-cv-00997-JPF; *D'Alessandro v. U.S.A.*, 03-cv-00998-JPF; *D'Alessandro v. U.S. Government*, 03-cv-01040-JPF; *D'Alessandro v. Rufe*, 03-cv-01076-JPF; *D'Alessandro v. U.S.A.*, 04-cv-00137-JJF; *D'Alessandro v. U.S.A.*, 04-cv-00616-JJF; *D'Alessandro v. Brann & Isaacson*, 04-cv-00879-JJF; *D'Alessandro v. Joyner*, 05-cv-00496-GMS; *D'Alessandro v. United States of America*, 05-cv-00512-GMS; *D'Alessandro v. State Of Delaware*, 05-cv-00545-GMS; *D'Alessandro v. U.S.A.*, 05-cv-00546-GMS.

operandi of filing a lawsuit against any judge who enters an order or ruling not to his liking.

Joseph L. D'Alessandro has failed to show cause why he should not be enjoined from filing, without prior authorization of this Court, any complaint, lawsuit, or petition for writ of mandamus, related to Civ. No. 01-623-CMR, *D'Alessandro v. LL Bean, Inc.* and Civ. No. 02-77-JCJ, *D'Alessandro v. LL Bean, Inc.*, or any of the subsequent related cases he filed, including, but not limited to actions against federal district and appellate court judges; state court judges; the United States of America, its agencies and employees; the State of Delaware, its agencies and employees; LL Bean and private attorneys involved in the LL Bean cases.

THEREFORE, It is hereby ORDERED that Joseph L. D'Alessandro is hereby enjoined from filing, without prior authorization of this Court, any complaint, lawsuit, or petition for writ of mandamus, related to Civ. No. 01-623-CMR, *D'Alessandro v. LL Bean, Inc.* and Civ. No. 02-77-JCJ, *D'Alessandro v. LL Bean, Inc.*, or any of the subsequent related cases he filed, including, but not limited to actions against federal district and appellate court judges; state court judges; the United States of America, its agencies and employees; the State of Delaware, its agencies and employees; LL Bean and private attorneys involved in the LL Bean cases.

UNITED STATES DISTRICT JUDGE

May 30, 2006
Wilmington, Delaware